Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Rachel Bryant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>THE HABIT RESTAURANTS, LLC dba THE HABIT BURGER GRILL, et al.,<br><br>Defendants. | No. 1:17-cv-00099-AWI-EPG<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND FOR FURTHER EXTENSION OF TIME FOR DEFENDANT FRESNO 40 LIMITED PARTNERSHIP, LP TO RESPOND TO COMPLAINT; ORDER** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for April 25, 2017, pursuant to the Court's Order Setting Mandatory Scheduling Conference dated January 23, 2017 (Dkt. 3);

WHEREAS, Plaintiff, Rachel Bryant ("Plaintiff"), and Defendant, and Fresno 40 Limited Partnership, LP ("Fresno 40"), previously stipulated to an extension of time for Fresno 40's responsive pleading such that the responsive pleading was due on April 11, 2017 (Dkt. 10 and 11);

WHEREAS, counsel for Fresno 40 is presently on vacation and is unable to file the responsive pleading, and is unavailable to participate in the preparation of the joint scheduling report which is due on April 18, 2017;

NOW, THEREFORE, Plaintiff and Fresno 40, together with Defendant The Habit Restaurants, LLC dba The Habit Burger Grill (collectively "the Parties"), by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for April 25, 2017 to a date at the Court's convenience on or after May 9, 2017. The Parties additionally stipulate to a further extension of time for Fresno 40's responsive pleading such that it is now due on or before April 25, 2017.

Dated: April 13, 2017  MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Rachel Bryant

Date: April 13, 2017  LAW OFFICES OF NICK ZINKIN

*/s/ Nick Zinkin*
Nick Zinkin
Attorneys for Defendant,
Fresno 40 Limited Partnership, LP

Date: April 18, 2017  FISHER & PHILLIPS LLP

*/s/ Alexa Greenbaum*
Alexa Greenbaum
Alden J. Parker
Attorneys for Defendant,
The Habit Restaurants, LLC
dba The Habit Burger Grill

# **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for April 25, 2017 is continued to May 10, 2017 at 9:30 am, before Magistrate Judge Erica P. Grosjean. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference. Defendant Fresno 40 Limited Partnership, LP shall file its responsive pleading by April 25, 2017.

IT IS SO ORDERED.

Dated: **April 18, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE