Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: zak@mission.legal

Attorneys for Plaintiff
Rachel Bryant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT, | No. 1:17-cv-00099-AWI-EPG |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| THE HABIT RESTAURANTS, LLC dba THE HABIT BURGER GRILL; FRESNO 40 LIMITED PARTNERSHIP, LP; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Rachel Bryant ("Plaintiff"), and Defendants, The Habit Restaurants, LLC and Fresno 40 Limited Partnership, LP (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated May 11, 2017 (Dkt. 17) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

Page 1

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: July 13, 2017                          MISSION LAW FIRM, A.P.C.

                                                         */s/ Zachary M. Best*
                                                         Zachary M. Best
                                                         Attorneys for Plaintiff,
                                                         Rachel Bryant

Dated: July 13, 2017                          LAW OFFICES OF NICK ZINKIN

                                                         */s/ Nick Zinkin*
                                                         Nick Zinkin
                                                         Attorneys for Defendant,
                                                         Fresno 40 Limited Partnership, LP

Dated: July 13, 2017                          FISHER & PHILLIPS LLP

                                                         */s/ Alexa Greenbaum*
                                                         Alexa Greenbaum
                                                         Alden J. Parker
                                                         Attorneys for Defendant,
                                                         The Habit Restaurants, LLC
                                                         dba The Habit Burger Grill

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **July 14, 2017**

/s/ *Erin P. Grosj*
UNITED STATES MAGISTRATE JUDGE