# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE HABIT RESTAURANTS LLC, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 1:17-cv-00099-AWI-EPG<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the Stipulation for Further Extension of Time (ECF No. 25), and for good cause shown, the Court hereby ORDERS that the deadline for Defendants to answer or otherwise respond to the Complaint, currently set for August 14, 2017, is continued to **August 21, 2017**.

IT IS SO ORDERED.

　　Dated: __**August 16, 2017**__　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE