1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RACHEL BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>THE HABIT RESTAURANTS LLC,<br>*et al.*,<br><br>Defendants. | Case No. 1:17-cv-00099-AWI-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 31) |

On January 11, 2018, Plaintiff filed a stipulation for dismissal signed by all parties in this action. (ECF No. 31). Thus, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: __**January 23, 2018**__       /s/ *Erin P. Gray*
                                   UNITED STATES MAGISTRATE JUDGE